```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                                    Case No. 15-01468-RNO
Edward Joseph Flynn                                                       Chapter 13
        Debtor                 CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: karendavi          Page 1 of 1              Date Rcvd: Jan 27, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
          Wacker Neuson Sales,   N92 W15000 Anthony Avenue,   Menomonee Falls, WI  53051-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    EverBank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Edward Joseph Flynn tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EDWARD J. FLYNN | : | |
| Debtor(s) | : | CASE NO. 5-15-bk-01468-RNO |

*****************************************************************************************

| | | |
|---|---|---|
| EDWARD J. FLYNN | : | |
| MOVANT | : | |
| VS. | : | |
| WACKER NEUSON SALES and | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENTS | : | |

*************************************************************************

**ORDER**

*************************************************************************

    Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, EDWARD J. FLYNN, receives income:

    WACKER NEUSON SALES
    N92 W15000 ANTHONY AVENUE
    MENOMONEE FALLS, WI 53051-1504

deduct from said Debtor's income the sum of $430.50 from each bi-weekly paycheck on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

    Charles J. DeHart, III, Esquire
    Chapter 13 Trustee
    P.O. Box 7005
    Lancaster, PA 17604

    IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number 5-15-01468 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order, three (3) years from the Date of this Order, if it is not terminated by an earlier Order from this Court.

Dated: January 27, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)