```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                           Case No. 15-01468-JJT
Edward Joseph Flynn                                              Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-5      User: KADavis            Page 1 of 1              Date Rcvd: Nov 14, 2018
                          Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
            WACKER NEUSON SALES,    N92 W15000 ANTHONY AVENUE,    MENOMONEE FALLS, WI   53051-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    EverBank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas  Song    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor 1 Edward Joseph Flynn tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EDWARD J. FLYNN | : | |
| Debtor(s) | : | CASE NO. 5-15-bk-01468-JJT |

*************************************************************************

| | | |
|---|---|---|
| EDWARD J. FLYNN | : | |
| MOVANT | : | |
| VS. | : | |
| WACKER NEUSON SALES and | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENTS | : | |

*************************************************************************

**ORDER**

*************************************************************************

Upon consideration of the above-named Debtor having filed a Motion to Terminate Wage Attachment for Trustee Payments under Chapter 13 of the Bankruptcy Code,

IT IS HEREBY ORDERED that the Motion to Authorize Wage Attachment for Trustee Payments issued to:

> WACKER NEUSON SALES
> N92 W15000 ANTHONY AVENUE
> MENOMONEE FALLS, WI 53051-1504

is hereby withdrawn and the Order dated January 27, 2017, authorizing the wage attachment is hereby terminated.

Dated:  November 14, 2018          By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)